IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| NATETH SKYE SILK and<br>ARDEN HARRY LITTLE EAGLE JR. | Violations: 18 U.S.C. §§ 113(a)(6),<br>113(a)(3), 113(a)(1), 1111, 2 and 1153 |

COUNT ONE

**Assault Resulting in Serious Bodily Injury**

The Grand Jury Charges:

On or about May 4, 2023, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

NATETH SKYE SILK and
ARDEN HARRY LITTLE EAGLE JR.

Indians, individually, and by aiding and abetting, did assault Elijah Red Tomahawk, which assault resulted in serious bodily injury to Elijah Red Tomahawk;

In violation of Title 18, United States Code, Sections 113(a)(6), 1153, and 2.

COUNT TWO

**Assault With a Dangerous Weapon**

The Grand Jury Further Charges:

On or about May 4, 2023, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

> NATETH SKYE SILK and
> ARDEN HARRY LITTLE EAGLE JR.

Indians, individually, and by aiding and abetting, did assault Elijah Red Tomahawk with a dangerous weapon, namely, one or more knives, machete, skateboard, and garden hoe-like object, with intent to do bodily harm;

In violation of Title 18, United States Code, Sections 113(a)(3), 1153 and 2.

## COUNT THREE

### Assault With Intent to Commit Murder

The Grand Jury Further Charges:

On or about May 4, 2023, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

NATETH SKYE SILK and
ARDEN HARRY LITTLE EAGLE JR.

Indians, individually, and by aiding and abetting, did assault Elijah Red Tomahawk with intent to murder Elijah Red Tomahawk;

In violation of Title 18, United States Code, Sections 113(a)(1), 1153, and 2.

COUNT FOUR

**Second Degree Murder in Indian Country**

The Grand Jury Further Charges:

On or about May 4, 2023, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

NATETH SKYE SILK and
ARDEN HARRY LITTLE EAGLE JR.

Indians, individually, and by aiding and abetting, did knowingly, and with malice aforethought unlawfully kill another, namely, Elijah Red Tomahawk;

In violation of Title 18, United States Code, Sections 1111, 1153, and 2.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

BSR/tmg