PS 38
(02/2001)

# RELEASE STATUS REPORT TO THE COURT

Defendant: Arden Harry Little Eagle    Docket No.: 0868 1:23CR00183

To Appear On: 07/12/2024    For: ☐ Plea   ☐ Trial   ☒ Sentencing

Before Judge: Daniel M. Traynor

Initial Appearance Date: 08/25/2023    Release Date: 04/03/2024

Magistrate Judge: Clare R. Hochhalter

Conditions of Release:

- ☒ Pretrial Supervision
- ☐ Seek/Maintain Employment
- ☒ Submit to Counseling as Deemed Appropriate by Pretrial Services
- ☒ Drug/Alcohol Monitoring
- ☒ Third Party Custody to: Carol Kidder
- ☐ Travel Restrictions:
- ☒ No Contact With: Victim/Witnesses/Co-defendants
- ☐ Other:
- ☐ Surrender Passport
- ☐ Do Not Obtain Passport
- ☒ Refrain from Any Use of Alcohol or Any Controlled Substance without a Prescription
- ☐ Location Monitoring

Other: Weapons Restrictions, Residential Requirements, Curfew, Search Seizure

Defendant Has Met Conditions of Release:   ☐ Yes   ☒ No

**Conditions of Release Not Met and the Activities of the Officer to Bring the Defendant into Compliance:**

A home contact was completed on May 9, 2024. The defendant advised that he failed to attend his scheduled mental health appointment with Indian Health Services. The defendant did not offer a reason why, just that he was sleeping. I asked him to report to the office on May 10, 2024, for a urine test and he agreed. I further asked him to reschedule his appointment with Indian Health Services. On May 10, 2024, the defendant reported to the office as requested. He admitted to smoking marijuana on May 8, 2024. A urine test was completed and was presumptive positive for only THC. We had a discussion on marijuana use and what led to him using marijuana. I asked him to report back in two weeks to provide another urine sample. I gave him until May 17, 2024, to reschedule his appointment with Indian Health Services.

**Recommendations:**
At this time, no action is requested from the court.

| | |
|---|---|
| 05/15/2024 | Stephanie N. Cherney |
| Date | U.S. Pretrial Services Officer |