PS 38
(02/2001)

# RELEASE STATUS REPORT TO THE COURT

Defendant:   Arden Harry Little Eagle          Docket No.:   0868 1:23CR00183

To Appear On: 07/12/2024          For:   ☐ Plea   ☐ Trial   ☒ Sentencing

Before Judge:   Daniel M. Traynor

Initial Appearance Date:   08/25/2023          Release Date:   04/03/2024

Magistrate Judge:   Clare R. Hochhalter

Conditions of Release:

| | |
|---|---|
| ☒ Pretrial Supervision | ☐ Surrender Passport |
| ☐ Seek/Maintain Employment | ☒ Do Not Obtain Passport |
| ☒ Submit to Counseling as Deemed Appropriate by Pretrial Services | ☒ Refrain from Any Use of Alcohol or Any Controlled Substance without a Prescription |
| ☒ Drug/Alcohol Monitoring | ☐ Location Monitoring |
| ☒ Third Party Custody to:   Carol Kidder | |
| ☐ Travel Restrictions: | |
| ☒ No Contact With:   Co-Defendants | |
| ☒ Other:   Curfew, Weapons Restriction, Search/Seizure, Report Change of Address | |

Defendant Has Met Conditions of Release:          ☐ Yes          ☒ No

Conditions of Release Not Met and the Activities of the Officer to Bring the Defendant into Compliance:
Since the defendant's last status report submitted on May 15, 2024, the defendant has continued to violate the conditions of his supervision.  He admitted to smoking marijuana on May 12th and May 29th, 2024.  He has also admitted to violating the terms of his curfew and spending nights at his girlfriend's residence in Sioux Village.  Mr. Little Eagle has not rescheduled his mental health appointment with Indian Health Services and was directed to speak to his school counselor. Mr. Little Eagle was scheduled to begin summer school on June 3, 2024.  According to school officials, Mr. Little Eagle attended only Monday and Thursday this week and arrived late on those days.

Recommendations:
The defendant has been encouraged to apply for a sober living in Bismarck, North Dakota, to assist with prosocial activities such as obtaining his GED, mental health treatment, employment, and substance abuse treatment.  At this time, no action is requested from the court.

| 06/07/2024 | Stephanie N. Cherney |
|---|---|
| Date | U.S. Pretrial Services Officer |