# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

**Criminal No. 1:23-cr-183**

| | |
|---|---|
| United States of America, | |
| Plaintiff, | **MOTION TO EXTEND DEADLINE** |
| vs. | |
| **ARDEN LITTLE EAGLE**, | |
| Defendant | |

Arden Little Eagle's deadline to submit his sentencing memorandum is July 5, 2024. Arden's counsel requests that the Court grant a deadline extension and move the deadline to July 8, 2024. The reason is simple: counsel wishes to spend the July 4th holiday weekend at the lake with family and friends instead of in front of a computer screen writing a sentencing memorandum.

The government, through Assistant United States Attorney, Brandi Russell, does not object to this motion. For this reason, Arden Little Eagle requests that the Court extend the deadline to submit his sentencing memorandum to July 8, 2024.

Dated:  July 2, 2024                    Respectfully submitted,

**Dane DeKrey (#09524)**
Ringstrom DeKrey PLLP
814 Center Ave, Suite 5
Moorhead, MN  56560-0853
dane@ringstromdekrey.com