IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARDEN HARRY LITTLE EAGLE JR.,<br><br>　　　　　Defendant. | Case No. 1:23-cr-183-02<br><br>**UNITED STATES SENTENCING MEMORANDUM** |

There are no objections or corrections to the Presentence Investigation Report in this matter.

Dated: July 9, 2024

　　　　　　　　　　　　　　　　MAC SCHNEIDER
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　By:　　*/s/ Brandi Sasse Russell*
　　　　　　　　　　　　BRANDI SASSE RUSSELL
　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　P. O. Box 699
　　　　　　　　　　　　Bismarck, ND  58502-0699
　　　　　　　　　　　　(701) 530-2420
　　　　　　　　　　　　N.D. Bar Board ID No. 05661
　　　　　　　　　　　　Attorney for United States