IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Memphis Ikaika Kamakani Kuntz, ) <br> ) <br> Defendant. ) | Case No. 1:23-cr-00183 |

## MOTION TO CONTINUE SENTENCING HEARING

Defendant, Memphis Ikaika Kamakani Kuntz ("Memphis"), by and through his legal counsel, Paul H. Myerchin, moves this Court for a continuance of the sentencing hearing scheduled for October 15, 2024 at 10:00 a.m.

Memphis requests a continuance of the sentencing hearing requesting more time for preparations. Forensic Psychologist Dr. Ada Murphy, of Pierre Psychology, in Pierre, SD, has been hired to conduct an evaluation of Memphis in preparation for the sentencing hearing. Shortly after agreeing to take on the evaluation, Memphis was moved from a juvenile detention center in Rapid City, SD, by the US Marshal Service to a juvenile detention center in Ward County, ND, which now requires making extra accommodations and time on the part of Dr. Murphy to complete an evaluation of Memphis. After speaking with the Government's legal counsel regarding the present *Motion*, it is the understanding of the undersigned counsel that the Government does not have any objection to continuing sentencing hearing to a later date. Additionally, this *Motion* is not made for the purposes of delay.

WHEREFORE, Memphis prays the Court continue the sentencing hearing currently scheduled for October 15, 2024 at 10:00 a.m. to a date, later than November 15, 2024 and the Court grant such further relief that may be just and equitable in the premises.

Dated this 30th day of August, 2024.

        BORMANN, MYERCHIN,
        ESPESETH & EDISON, LLP
        Attorney(s) for Defendant
        418 East Broadway Avenue, Suite 240
        Bismarck, ND  58502-0995
        701-250-8968
        *pmyerchin@bmellp.com*

By: /s/ Paul H. Myerchin
     Paul H. Myerchin (#05412)