IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, )<br>)<br>  Plaintiff, )<br>) <br>vs. )<br>)<br>Memphis Kuntz, )<br>)<br>  Defendant. ) | Case No. 1:23-cr-183 |

───────────────────────────────────────────────

**Sentencing Memorandum on behalf of Memphis Kuntz**
───────────────────────────────────────────────

Defendant, Memphis Kuntz (Memphis), by and through his legal counsel, Paul H. Myerchin, respectfully files this Sentencing Memorandum to provide this Court with the facts and circumstances in this case so it issues a sentence against Memphis that is sufficient, but not greater than necessary, to comply with 18 U.S.C. §3553(a) factors.

WHEREFORE, Memphis respectfully requests this Court sentence him to incarceration, with credit for time served, until Memphis turns 18 years old, so that he may remain incarcerated in a juvenile detention facility, place Memphis on supervised release for five (5) years, and access a $100 special assessment.

Dated this 9th day of January, 2025.

                                                                                                                         BORMANN, MYERCHIN,
ESPESETH & EDISON, LLP
Attorneys for the Defendant
P.O. Box 995
Bismarck, ND 58502-0995
Phone: 701-250-8968
E-mail: pmyerchin@bmellp.com

By:     /s/ Paul H. Myerchin     
       Paul H. Myerchin (ND ID#05412)