IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>NATETH SKYE SILK,<br><br>　　　Defendant. | Cr. No. 1:23-CR-183<br><br>DEFENDANT'S MOTION TO CONTINUE REVOCATION HEARING |

　　　Comes now, Nateth Skye Silk, by and through his attorney, Assistant Federal Public Defender Jeffrey C. Sowash, and moves the Court for its Order continuing the revocation hearing date of April 7, 2025, for 60 days on the following grounds:

　　　The Court continued the prior revocation hearing to allow the Defendant additional time to apply to a treatment center. The Defendant has now been accepted for treatment at Prairie Recovery Center, and a bed is available to him on Thursday, April 3, 2025.

　　　Therefore, additional time is being requested so that the Defendant may participate in treatment at Prairie Recovery Center.

　　　Assistant U.S. Attorney Brandi Russell on behalf of the government, does not object to this motion.

Dated this 2 day of April, 2025.

                    Respectfully submitted,

                    JASON J. TUPMAN
                    Federal Public Defender
                    By:

                    */s/  Jeffrey C. Sowash*
                    Jeffrey C. Sowash
                    Assistant Federal Public Defender
                    Attorney for Defendant
                    Office of the Federal Public Defender
                    Districts of South Dakota and North Dakota
                    100 West Broadway Avenue, Suite 230
                    Bismarck, ND 58501
                    Telephone: 701-250-4500
                    Facsimile: 701-250-4498
                    filinguser_SDND@fd.org